CHRISTOPHER GIESKIE, RESPONDENT, *v.* CHARLES A. LAWRENCE APPELLANT.

THE same order was made in this case as in that of *Cady* v. *Scaniker*, the motion being based upon a similar state of facts, except the judgment in this case had not been satisfied.